UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENSEMBLE RCM, LLC,

     Plaintiff,

v.                            Case No.:  2:22-cv-676-SPC-KCD

CAREPOINT HEALTH
MANAGEMENT ASSOCIATES,
LLC,

     Defendant.

_____/

## **ORDER**[1]

    Before the Court is Plaintiff Ensemble RCM, LLC's Unopposed Motion for Remand.  (Doc. 17).  This is a declaratory judgment action that Defendant Carepoint Health Management Associates, LLC removed based on diversity jurisdiction.  Magistrate Judge Kyle C. Dudek found Carepoint failed to establish diversity of citizenship and ordered it to supplement the notice of removal.  (Doc. 5).  Carepoint has not provided such a supplement and the parties now agree the Court lacks subject matter jurisdiction.  (Doc. 17).

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Because the Court lacks subject matter jurisdiction over this action, it will grant the requested remand.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Unopposed Motion for Remand (Doc. 17) is **GRANTED**.

2. This action is **REMANDED** to the Twentieth Judicial Circuit Court in and for Collier County, Florida.

3. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit Court in and for Collier County, Florida.

4. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 16, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record